CASE 2013-CR-3125          14-98-CR

The State of Texas
          vs.
Gary Campbell

## Motion to Relocate or ~~Remove~~ Retain Defendant

The Appellant ask the courts to retain mr. Gary Campbell at the Bexar County Jail and or have him Retained to the Bexar County Jail for the Duration of the Appeal process.

#857460 Gary Campbell

200 N. Comal
San Antonio Tx 78207



2015 JAN -5 PM 2:53

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED

Keith E. Hottle

neopost™
12/31/2014
US POSTAGE $000.48⁰

FIRST-CLASS MAIL

ZIP 78205
041M12250025

4th court of Appeals
300 Dolorosa St "Suite 3200"
San Antonio, Tx. 78205

Gary Campbell #857460
200 N. Comal
San Antonio, Tx. 78207

FILED
IN THE COURT OF A...
AT SAN ANTONIO...
2015 JAN -5 PM 3:53

...B. ...
...CLER...

INDIGENT

BEXAR COUNTY JAIL

INMATE MAIL

THE STATE OF TEXAS · COUNTY OF BEXAR

78205$3037